UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 25-2433-KK-JPRx | Date: | April 30, 2025 |
|---|---|---|---|
| Title: | *Wayne Taylor III v. Leslie A. Barnett* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order Dismissing Action Without Prejudice

On March 27, 2025, the Court issued an Order granting Plaintiff's request to proceed <u>in forma pauperis</u> and requiring Plaintiff to pay the initial partial filing fee within 30 days.  ECF Docket No. ("Dkt.") 11.  Plaintiff was expressly advised failure to comply with this instruction would result in this action being dismissed without prejudice.  <u>Id.</u>

To date, Plaintiff has not paid the required initial partial filing fee.  Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.  (JS-6)

**IT IS SO ORDERED**.